# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Exelis, Inc. ) ASBCA No. 60131
)
Under Contract Nos. N65236-07-C-5876 )
FA8532-12-C-0002 )

APPEARANCES FOR THE APPELLANT: Steven M. Masiello, Esq.
Joseph G. Martinez, Esq.
Dentons US LLP
Denver, CO

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Samuel W. Morris, Esq.
Trial Attorney
Defense Contract Management Agency
Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 29 August 2017

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60131, Appeal of Exelis, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals